UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:13-cr-00208-JMS-MJD |
| ) | |
| RAYMOND BARNES (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation dkt. [51] recommending that Raymond Barnes' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation dkt. [51]. The Court finds that Mr. Barnes committed Violation Numbers 2, 3, 4, 5, 6, & 7, as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts [33 & 44]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Barnes is sentenced to the custody of the Attorney General or his designee for a period of four (4) months with no supervised release to follow. The defendant will have until **June 12, 2018 at 12:00 p.m.** to self-surrender to the United States Marshal's Office.

Date: 6/8/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal